IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARVIN COFFEY                                                                              PLAINTIFF

vs.                                    Civil No. 2:17-cv-02097

NANCY A. BERRYHILL,                                                                  DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

On October 6, 2017, Defendant filed an Unopposed Motion to Remand. ECF No. 10.[1] The motion

states Plaintiff has no objections. *Id.* The parties have consented to the jurisdiction of a magistrate judge

to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final

judgment, and conducting all post-judgment proceedings. ECF No. 5. Pursuant to this authority, the Court

issues this memorandum opinion and orders the entry of a final judgment in this matter.

Defendant requests a remand so the Commissioner may conduct further administrative proceedings.

This Court finds this motion is well-taken and should be granted. The Commissioner's decision is reversed,

and this matter is hereby remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

In addition, the undersigned finds the Plaintiff's Complaint should be and hereby is dismissed without

prejudice. Plaintiff may still, however, file a motion for attorney's fees pursuant to the Equal Access to

Justice Act, 28 U.S.C. § 2412.

A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure

52 and 58.

**ENTERED this 20th day of October 2017.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

---

[1] The docket numbers for this case are referenced by the designation "ECF No." The transcript pages for
this case are referenced by the designation "Tr."

1